**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

MAY 14 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

ALICIA REYES-RAMIREZ (1),

                    Defendant.

CASE NO. 12CR1501-W

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__X__  an indictment has been filed in another case against the defendant and
       the Court has granted the motion of the Government for dismissal of
       this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal,
       without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of
       acquittal; or

____   a jury has been waived, and the Court has found the defendant not
       guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

       21 USC 952 AND 960 - IMPORTATION OF MARIJUANA


          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/14/12

                              Thomas J. Whelan
                              U.S. District Judge